# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| NOVA CECIAL SIVERD, ) | Case No.1:16CV2740 |
| ) | |
| Plaintiff, ) | |
| ) | |
| -vs- ) | **O R D E R** |
| ) | |
| COMMISSIONER OF SOCIAL ) | |
| SECURITY, ) | JUDGE CHRISTOPHER A. BOYKO |
| Defendant. ) | |
| ) | |

On November 10, 2016, Plaintiff filed a Complaint pursuant to Title 42 U.S.C. Section 405(g) (Dkt.#1). This matter was referred to Magistrate Judge Thomas M. Parker pursuant to Local Rule 72.2(b). On November 22, 2017, the Magistrate Judge recommended that the decision of the Commissioner be vacated and the matter remanded for further proceedings. (Dkt.#18). On December 1, 2017, the Defendant filed a Response to Judge Parker's Report and Recommendation stating they will not be objecting.

Therefore, Magistrate Judge Parker's Report and Recommendation is **ADOPTED** and the decision of the Commissioner is vacated and the case remanded for further proceedings consistent with the Report and Recommendation.

IT IS SO ORDERED.

Dated:12/4/2017  *S/Christopher A. Boyko*
CHRISTOPHER A. BOYKO
UNITED STATES DISTRICT JUDGE